UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| **RAOUL LAWRENCE,** | : | |
| also known as Bey-Boy, | : | **UNDER SEAL** |
| also known as Bey, | : | |
| | : | |
| **Defendant**. | : | |

## GOVERNMENT'S MOTION TO SEAL

*COMES NOW*, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move this Court to place under seal until further order of the Court the Indictment, this Motion to Seal, any Order granting the motion to seal, and to delay entry on the public docket of the filing of this Motion to Seal and Order of the Court. In support of our motion, we respectfully submit as follows:

(1). Defendant Raoul Lawrence, also known as Bey-Boy and Bey, has been charged with conspiracy to possess with the intent to distribute and distribute 50 grams or more of cocaine base, also known as crack, and a quantity of cocaine in a Grand Jury original indictment that is being returned with, and accompanies this motion. The indictment results from an investigation by the Grand Jury that we believe has remained secret from the defendant, who has not been arrested previously on the charge specified in the indictment. Given the nature of the charged offense, the public disclosure of the indictment before the defendant's arrest could pose a substantial danger to the safety of law enforcement officers and a confidential informant who provided intelligence to the

Federal Bureau of Investigation in their investigation of Defendant Lawrence.[1]

(2). Moreover, disclosure of the existence of the indictment at this time presents the risk that potentially incriminating evidence currently in the defendant's possession could be destroyed and that the defendant might flee the jurisdiction. Accordingly, the United States requests that this Court grant the accompanying proposed order, which is attached.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully prays this Honorable Court to grant this motion and to enter the attached proposed order.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        Bar No. 451058

BY: KENNETH F. WHITTED
        Assistant U.S. Attorney
        Organized Crime and Narcotics Trafficking Section
        Bar No. 430346
        555 4th Street, NW, Room 4118
        Washington, D.C. 20530
        (202) 514-7298

---

[1] See Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. 1991) (noting situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket).