# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| **RAOUL LAWRENCE,** | : | |
| also known as Bey-Boy, | : | **UNDER SEAL** |
| also known as Bey, | : | |
| | : | |
| **Defendant**. | : | |

## ORDER

This matter is before the Court on the Government's Motion to Seal, which the Court will grant, after making the following findings of fact:

## FINDINGS OF FACT

(1).   The public docketing at this time of any notice that the government has filed a Motion to Seal, as well as the Order granting such motion, likely will jeopardize the personal safety of law enforcement officers and a potential witness and potentially cause the destruction of evidence and flight of the defendant named in the indictment.

(2).   Based on the representations in the government's Motion to Seal, this Court also finds that there is a compelling governmental interest in sealing the Indictment in this case and that there exists a situation that justifies a delay in the public docketing of any notice that the government's Motion to Seal and this Order have been filed with the Criminal Clerk's Office under seal. See Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991).

Based on the foregoing findings of fact, it is HEREBY:

**ORDERED** that the Government's Motion To Seal the Indictment and Order is **GRANTED**;

**ORDERED** that the Clerk of the Court shall file and maintain under seal the Indictment in

this case, the Government's Motion to Seal, and this Order until further order of the Court; and it is further

**ORDERED** that the Clerk of the Court shall not enter onto the public docket in this case any notice of the filing of the Indictment, the Government's Motion to Seal, and this Order until further order of the Court.

_____                     _____
DATE                                          UNITED STATES MAGISTRATE JUDGE


cc:
United States Attorney's Office
Attn.: AUSA KENNETH F. WHITTED
555 4th Street, NW, Room 4118
Washington, D.C. 20530
(202) 514-7298