UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **RAOUL LAWRENCE,** | : | VIOLATIONS: 21 U.S.C. §846 |
| **also known as Bey-Boy,** | : | (Conspiracy to Possess With Intent to Distribute |
| **also known as Bey,** | : | and Distribution of 50 Grams or More of |
| | : | Cocaine Base and Cocaine) |
| **Defendant.** | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

From in or about December 1999, the exact date being unknown to the Grand Jury, and continuing until in or about July 2001, in the District of Columbia, **RAOUL LAWRENCE, also known as Bey-Boy, also known as Bey**, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together with other persons whose identities are both known and unknown to the Grand Jury, to possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii);  and a

mixture and substance containing a detectable amount of cocaine, a Schedule II, narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

> (**Conspiracy to Possess With Intent to Distribute and Distribution of 50 Grams or More of Cocaine Base and Cocaine**, in violation of Title 21, United States Code, Section 846)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia