1:05:456

**WARRANT FOR ARREST**  SEALED  CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-456 | MAGIS. NO: |
| V.  RAOUL LAWRENCE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED  Raoul Lawrence  **FILED**  FEB 1 3 2006  NANCY MAYER WHITTINGTON, CLERK  U.S. DISTRICT COURT | |
| DOB:    PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE AND COCAINE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 21:846 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:  MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)  U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 12/22/05 |
|---|---|---|
| CLERK OF COURT:  Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 12/22/05 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  12-22-05 | NAME AND TITLE OF ARRESTING OFFICER  SEAN McLEOD | SIGNATURE OF ARRESTING OFFICER  S-8 |
|---|---|---|
| DATE EXECUTED  2-13-02 | | |
| HIDTA CASE:  Yes  No X | | OCDETF CASE:  Yes  No X |