**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :  **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** | : |
| | : **Status Hearing 2/24/06 12:15 PM** |
| **RAOUL LAWRENCE** | : |
| | : |

**<u>Notice of Appearance</u>**

Would the Clerk of the Court please notice the appearance of Jenifer Wicks as retained

counsel for the defendant.

Respectfully submitted,

_____

JENIFER WICKS
Bar No. 465476
Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C.  20001
(202) 326-7100