UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 05-456 (RWR)** |
| : | |
| **RAOUL LAWRENCE,** : | |
| : | |
| Defendant. | |

## ORDER

Having reviewed the Government's Motion Regarding Admissibility of Evidence pursuant to Rule 404(b) of the Federal Rules of Evidence, any Opposition thereto, and any such evidence at any hearing on the motion, the Court hereby rules as follows:

The Government's Motion regarding Rule 404(b) Admissibility is _____.

IT IS SO ORDERED.

Date:_____                    _____
                                         RICHARD W. ROBERTS
                                         UNITED STATES DISTRICT JUDGE