UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **CRIMINAL NO. 05-456 (RWR)** |
| : | |
| **RAOUL LAWRENCE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Having reviewed the Government's Motion Regarding Rule 609 Admissibility, any Opposition thereto, and such evidence and argument as has been presented at any hearing on the motion, it is hereby:

**ORDERED** that the Government's Motion regarding Rule 609 Admissibility is _____.

Date:_____    _____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE