IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 05-456 (RWR) |
| RAOUL LAWRENCE, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Jonathan S. Jeffress, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Jenifer Wicks, Webster Building, 503 D Street, NW, Suite 250A, Washington, D.C. 20001, has been retained to represent Mr. Lawrence in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that Jonathan S. Jeffress, Assistant Federal Public Defender, be permitted to withdraw as counsel for Raoul Lawrence in this case.

Respectfully submitted,

"/s/"
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500