IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
| v. | ) Cr. No. 05-456 (RWR) |
| **RAOUL LAWRENCE,** | ) |
| **Defendant.** | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is hereby

***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

***ORDERED*** that Jonathan S. Jeffress, Esq., is permitted to withdraw as counsel.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Date:  February            , 2006