UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS**

Raoul Lawrence, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure and Sixth Amendment of the U.S. Constitution, for an extension of time in which to file pretrial motions in this matter. In support of this motion, counsel states the following:

1. On or about February 24, 2006, this Court enlarged time for the filing of pretrial motions by the defense. Undersigned counsel had just entered her appearance and no discovery had been provided to previous counsel.

2. Undersigned counsel received discovery on or about March 1, 2006 and it is very extensive, including approximately five inches of paper documents, a large number of computer files and two video tapes of surveillances.

3. Counsel has also been sent a plea offer which she has not had a chance to review with her client.

4. Government counsel has filed motions, which the defense takes the position tolls the Speedy Trial Act in this matter.

5. The parties would like an opportunity to explore a pretrial disposition of this matter, before committing the time and energy to filing pretrial motions and responding to them.

6.     Counsel has communicated with Kenneth Whitted, the Assistant United States Attorney assigned to this matter, and he consents to this motion.

7.     Counsel submits that this enlargement of time would be in the interests of justice and would also conserve the parties' and the Court's time.

8.     There is currently a status hearing scheduled for March 15, which the parties are moving to continue. Counsel would suggest that the revised schedule for filing pretrial motions be set at that hearing or at the new date for the status hearing in this matter.

WHEREFORE, Mr. Lawrence and counsel respectfully request that the time for filing pretrial motions in this matter be enlarged.

Respectfully submitted,

_____
JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867