UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**ORDER**

Upon consideration of the defense's **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS** and for good cause shown, it is this ____ day of March, 2006 hereby

ORDERED that the time for filing pretrial motions is enlarged and the deadline will be scheduled at the next status hearing in this matter.

_____

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867