**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
|  : | **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** : | |
|  : | |
| **RAOUL LAWRENCE** : | |
|  : | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

Raoul Lawrence, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure, for a continuance of the status hearing in this matter. In support of this motion, counsel states the following:

1. Counsel has been sent a plea offer which she has not had a chance to review with her client.

2. Government counsel has filed motions, which the defense takes the position tolls the Speedy Trial Act in this matter.

3. The parties would like a further opportunity to explore a pretrial disposition of this matter, before returning to Court. The parties suggest March 30, April 4, and April 5 for a new status date in this matter.

4. As stated in the motion to enlarge time for filing of pretrial motions, counsel would suggest that the revised schedule for filing pretrial motions be set at the new date for the status hearing in this matter.

WHEREFORE, the parties request that the status hearing in this matter be continued.

Respectfully submitted,

_____
JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867