UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RAOUL LAWRENCE

: Criminal Nos. 05-CR-456 (RWR)

### ORDER

Upon consideration of the **JOINT MOTION TO CONTINUE STATUS HEARING** and for good cause shown, it is this __14th__ day of March, 2006 hereby

ORDERED that the motions is granted and the status hearing scheduled for March 15, 2006 at 4:45 pm is rescheduled for __April 4, 2006 at 4 p.m__

_[signature]_

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4" Street, N.W.
Washing&, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Strket NW Suite 250A
Washing& D.C. 20001
Facsimile 478-0867