UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RAOUL LAWRENCE

: Criminal Nos. 05-CR-456 (RWR)

FILED

MAR 2 3 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the defense's **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS** and for good cause shown, it is this 10th day of March, 2006 hereby

ORDERED that the time for filing pretrial motions is enlarged and the deadline will be scheduled at the next status hearing in this matter.

_MMRoberts_

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4" street, N.W.
Washington, D.C. 20530
Facsimile  353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile  478-0867