UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 05-CR-456 (RWR) |
| v. : | |
| : | SH 4/28/2006 9:45 AM |
| RAOUL LAWRENCE : | |
| : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Raoul Lawrence, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure, for a continuance of the status hearing in this matter. In support of this motion, counsel states the following:

1. Counsel had a trial scheduled for April 18 that has been continued to April 24. Given the schedule of that trial, counsel will be in trial on April 28 and that judge (Judge Satterfield) does sit in trial and will sit in trial all day on that date.

2. Government counsel does not oppose this motion.

3. The parties are available on May 19, 23, 26 and 30 for a status in this matter.

WHEREFORE, counsel and Raoul Lawrence request that the status hearing in this matter be continued.

Respectfully submitted,

_____
JENIFER WICKS
DC Bar # 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867