**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| v. : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**CONSENT MOTION
FOR CRIMINAL HISTORY DETERMINATION BY PROBATION**

Raoul Lawrence, through counsel, respectfully moves this Honorable Court for an order for the Probation Office to provide its determination of Mr. Lawrence's criminal history under the nonmandatory Sentencing Guidelines and applicable sentencing statutes. In support of this motion, counsel states the following:

1. The parties continue to discuss a possible disposition of this matter.

2. Both parties think Mr. Lawrence would be eligible for consideration under the Safety Valve provisions of the sentencing guidelines and statutes.

3. Defense counsel requests that the Court order that U.S. Probation evaluate Mr. Lawrence and provide its determination of his potential eligibility for the safety value provisions of the nonmandatory sentencing guidelines and applicable sentencing statutes by determining his criminal history.

4. Kenneth Whitted is assigned to prosecute this matter. He does not oppose this motion.

WHEREFORE, for the foregoing reasons and for such other reasons that may appear meritorious to the Court, Raoul Lawrence and counsel respectfully request that this Honorable Court grant this motion.

Respectfully submitted,

_____
JENIFER WICKS
Bar No. 465476

Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W.
Suite 250A
Washington, D.C.  20001
(202) 326-7100