UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**ORDER**

Upon consideration of the defendant's **CONSENT MOTION FOR CRIMINAL HISTORY DETERMINATION BY PROBATION**, it is this ___ day of April, 2006 hereby

ORDERED that the motion is granted and it is further

ORDERED that the U.S. Probation Office provide its determination of Mr. Raoul Lawrence's criminal history score and category by _____ days from the date of this order.

_____