## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :    **Criminal Nos. 05-CR-456 (RWR)**

        v.                      :

RAOUL LAWRENCE              :

**FILED**

APR 2 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the **CONSENT MOTION TO CONTINUE STATUS HEARING**

and for good cause shown, it is this _25th_ day of April, 2006 hereby

ORDERED that the motion is granted and the status hearing scheduled for April 28, 2006

is rescheduled for _May 26, 2006 at 10 a.m._

_Mr Roberts_

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867