UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Nos. 05-CR-456 (RWR) |
| RAOUL LAWRENCE : | |

**FILED**
APR 26 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the **CONSENT MOTION TO CONTINUE STATUS HEARING** and for good cause shown, it is this 25th day of April, 2006 hereby

ORDERED that the motion is granted and the status hearing scheduled for April 28, 2006 is rescheduled for May 26, 2006 at 10 a.m.

_____

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867