## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 05-CR-456 (RWR) |
| v. : | |
| : | SH 6/16/06 10:15 AM |
| RAOUL LAWRENCE : | |
| : | |

### JOINT MOTION TO CONTINUE STATUS HEARING

The Parties, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure, for a continuance of the status hearing in this matter. In support of this motion, counsel states the following:

Government counsel and defense counsel have had dispositional discussions but have not finalized all matters. Government counsel was going to provide counsel with a draft agreement today but has been called out of town for a family emergency. While he can make the hearing in this matter on Friday, the parties will not be in a position to let the court know if there will be a disposition or request a trial date.

WHEREFORE, the parties request that the status hearing in this matter be continued until a mutually agreed upon date that fits with the Court's calendar..

Respectfully submitted,

JENIFER WICKS
DC Bar # 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867