UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| **v.** : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**ORDER**

Upon consideration of the **JOINT MOTION TO CONTINUE STATUS HEARING** and for good cause shown, it is this _____ day of June, 2006 hereby

ORDERED that the motion is granted and the status hearing scheduled for June 16, 2006 will be rescheduled by the clerk after consultation with the parties.

_____

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867