UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Nos. 05-CR-456 (RWR) |
| v. : | |
| RAOUL LAWRENCE : | |

**FILED**

JUN 21 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the **JOINT MOTION TO CONTINUE STATUS HEARING** and for good cause shown, it is this 20th day of June, 2006 hereby

ORDERED that the motion is ~~granted and the status hearing scheduled for June 16, 2006 will be rescheduled by the clerk after consultation with the parties.~~ denied nunc pro tunc as moot.

*/s/ M. Roberts*

C:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867