UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 05-CR-456 (RWR) |
| v. : | |
| : | SH 7/5/06 3:30 PM |
| RAOUL LAWRENCE : | |
| : | |

## JOINT MOTION TO CONTINUE STATUS HEARING

The Parties, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure, for a continuance of the status hearing in this matter.  In support of this motion, counsel states the following:

Government counsel and defense counsel had reached a disposition, which was sent to chambers last week, but there has been a new development that requires the party to work out additional details.  Given that the assigned government counsel is out of town, this cannot be finalized today and the parties are requesting three weeks to do so.

WHEREFORE, the parties request that the status hearing in this matter be continued until a mutually agreed upon date that fits with the Court's calendar after about three weeks.

Respectfully submitted,

_____/s/_____
JENIFER WICKS
DC Bar # 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867