# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Nos. 05-CR-456 (RWR) |
| v. : | |
| : | |
| RAOUL LAWRENCE : | |

**FILED**

JUL 5 – 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the **JOINT MOTION TO CONTINUE STATUS HEARING** and for good cause shown, it is this \_\_5th\_\_ day of July, 2006 hereby

ORDERED that the motion is granted and the status hearing scheduled for July 5, 2006 is ~~will be~~ rescheduled ~~by the clerk after consultation with the parties.~~ for Friday, July 14th, 2006 at 3:30 p.m. Time will be excluded until then under the Speedy Trial Act. It is in the interests of justice to grant the continuance and exclude the time, and those interests outweigh the interests of the public and the parties in a speedier trial. The purpose of the continuance is to permit counsel, given the exercise of due diligence, ample opportunity to finalize an agreement for a disposition short of trial.

_/s/ RWRoberts_

c:
Kenneth Whitted, Esq.
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Facsimile 353-9414

Jenifer Wicks, Esquire
503 D Street NW Suite 250A
Washington, D.C. 20001
Facsimile 478-0867