

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-456 (RWR)
)
Raoul Lawrence )
)

FILED
JUL 14 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Kenneth F. Whitted, AUSA
United States Attorney

Approved:

_____
Judge