**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | **Criminal No. 05-456 (RWR)** |
| v.  ) | |
| ) | |
| **RAOUL LAWRENCE,**  ) | |
| ) | |
| _____) | |
| Defendant.  ) | |

**GOVERNMENT'S AND DEFENDANT'S JOINT MOTION
TO CONTINUE THE SENTENCING HEARING**

The United States of America, by and through the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby request that this Honorable Court reschedule the currently scheduled September 15, 2006, sentencing hearing. In support of this motion, the parties state the following:

1. On July 14, 2006, defendant Raoul Lawrence pleaded guilty before this Honorable Court to conspiracy to possess with the intent to distribute and distribute fifty grams or more of cocaine base (crack) and a quantity of cocaine, in violation of Title 21, United States Code, Section 846. At that time, this Court scheduled the defendant for sentencing on Friday, September 15, 2006.

2. At this time, the parties request that this Court reschedule the defendant for sentencing during the week of October 23, 2006, or on any date thereafter which is available to the

Court.

3.   This request is being made because the Assistant United States Attorney assigned to this case, AUSA Kenneth F. Whitted, has been requested to attend a training conference in Columbia, South Carolina from Wednesday, September 13, 2006, through Friday, September 15, 2006.[1]  Moreover, the defense attorney, Jennifer Wicks, has an oral argument in another jurisdiction scheduled for September 15, 2006.

4.   Accordingly, both the government and defense recommend that this Court issue an order rescheduling defendant Lawrence for sentencing during the week of October 23, 2006, or on any date thereafter.

5.   Defendant Lawrence is not in custody.  Also, he is not known to be in violation of any of his conditions of release.  As such, a continuance of the sentencing hearing will cause minimal, if any, prejudice to him.

6.   Jennifer Wicks, counsel for defendant, joins in this motion to continue.

---

[1] The AUSA is expected to travel for this conference on September 12, 2006.

WHEREFORE, the government and defendant respectfully request that this motion to continue be GRANTED.[2]

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          BAR NO. 451-058

By: _____
     KENNETH F. WHITTED
     ASSISTANT U.S. ATTORNEY
     BAR NO. 430-346
     555 4th Street, NW, Suite 4106
     Washington, D.C. 20530
     (202) 514-7298

---

[2] A proposed Order accompanies this motion.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this <u>25th</u> of <u>August 2006</u>, a copy of the foregoing was served by electronic mail on counsel for the defendant as follows:

Jennifer Wicks, Esq.
The Webster Building
503 D Street, NW, Suite # 250A
Washington, D.C. 2001

                                                               _____
                                                               KENNETH F. WHITTED
                                                               Assistant U.S. Attorney