**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | **Criminal No. 05-456 (RWR)** |
| v. ) | |
| ) | |
| **RAOUL LAWRENCE,** ) | |
| ) | |
| _____) | |
| **Defendant.** ) | |

### O R D E R

This matter having come before the Court pursuant to the Government's and Defendant's Joint Motion to Continue the currently scheduled September 15, 2006, sentencing hearing date, and for good cause shown, it is HEREBY:

(1) **ORDERED** that the Government and Defendant's Joint Motion is _____; and it is further

(2) **ORDERED** that defendant's case be rescheduled for sentencing on _____ at _____.


_____
**RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**

Dated: _____
Washington, D.C.