UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA** )<br>)<br>v.    )<br>)<br>**RAOUL LAWRENCE,**  )<br>)<br>_____)<br>   Defendant.   ) | Criminal No. 05-456 (RWR) |

**GOVERNMENT'S MOTION FOR ADDITIONAL
REDUCTION IN OFFENSE LEVEL UNDER U.S.S.G. § 3E1.1**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to reduce defendant Raoul Lawrence's offense level by three levels, pursuant to Section 3E1.1(a)-(b) of the Federal Sentencing Guidelines. In support of this motion, the government represents that defendant timely notified authorities of his criminal conduct and intention to enter a guilty plea in this case, and thus permitted the government, with respect to this defendant, to avoid preparing for and completing trial, and permitted the government and the court to allocate their resources efficiently.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar Number 451058

By:  _____
KENNETH F. WHITTED
Assistant United States Attorney
Bar Number 430346
555 4th Street, NW, Suite 4106
Washington, D.C. 20530
(202) 514-7298

**CERTIFICATE OF SERVICE**

      I hereby certify that this 7th day of September 2006, a copy of the foregoing was served by electronic mail on counsel for the defendant as follows:

Jennifer Wicks, Esq.
The Webster Building
503 D Street, NW, Suite # 250A
Washington, D.C. 2001

 

_____
KENNETH F. WHITTED
ASSISTANT U.S. ATTORNEY