UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | Criminal No. 05-456 (RWR) |
| v. ) | |
| ) | |
| **RAOUL LAWRENCE,** ) | |
| ) | |
| _____ ) | |
| Defendant. ) | |

**ORDER**

Having reviewed the Government's Motion to Reduce Defendant's Offense Level By a Total of Three Points For Acceptance of Responsibility, any Response thereto, and any such evidence at any hearing on the motion, the Court hereby rules as follows:

The Government's Motion is _____.

**IT IS SO ORDERED**.

Date:_____                    _____
                                          **RICHARD W. ROBERTS**
                                          **UNITED STATES DISTRICT JUDGE**