UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal Nos. 05-CR-456 (RWR)** |
| v. : | |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

**UNOPPOSED MOTION TO ENLARGE TIME
FOR FILING SENTENCING MEMORANDUM**

Raoul Lawrence, by and through undersigned counsel, respectfully moves this Honorable Court, pursuant to the Federal Rules of Criminal Procedure, for an enlargement of time within which to file his sentencing memorandum in this matter. In support of this motion, counsel states the following:

1. When Mr. Lawrence plead guilty, the Court set September 8 for the filing of sentencing memorandum.

2. The parties have filed a joint motion to continue the sentencing hearing, because both counsel will now not be available on the 15th.

3. Counsel has just received the final PSI and will not have time to submit a sentencing memorandum by midnight tonight.

4. Counsel understands from government counsel that chambers contacted the government and that the counsel is inclined to grant the joint motion to continue sentencing.

5. Counsel requests a new date set a week or two before the new date for the filing of sentencing memorandum.

6. Government counsel does not oppose this motion.

WHEREFORE, counsel for Raoul Lawrence requests that the court enlarge the time for filing of sentencing memorandum in this matter until two weeks before the new date in this matter.

Respectfully submitted,

_____/s/_____
JENIFER WICKS
DC Bar # 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867