IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| | ) | Criminal No. 05-456 (RWR) |
| v. | ) | |
| | ) | |
| RAOUL LAWRENCE, | ) | FILED |
| | ) | |
| _____ | ) | SEP 15 2006 |
| Defendant. | ) | |
| | | NANCY MAYER-WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

O R D E R

This matter having come before the Court pursuant to the Government's and Defendant's Joint Motion to Continue the currently scheduled September 15, 2006, sentencing hearing date, and for good cause shown, it is HEREBY:

(1) **ORDERED** that the Government and Defendant's Joint Motion is __GRANTED__ ; and it is further

(2) **ORDERED** that defendant's case be rescheduled for sentencing on __OCTOBER 23, 2006__ at __11:30 a.m.__

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Dated: 9/14/06
Washington, D.C.