UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 05-456 (RWR) |
| ) | |
| RAOUL LAWRENCE ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon review of defendant's unopposed motion to enlarge time for filing sentencing memorandum, it is hereby

ORDERED that defendant's motion for an enlargement of time be, and hereby is, GRANTED. Sentencing memoranda shall be filed by October 10, 2005.

SIGNED this 20th day of September, 2006.

_____
RICHARD W. ROBERTS
United States District Judge