UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 05-CR-456-01 (rwr) |
| v.  : | Sentencing 11/2/2006 3:30pm |
| : | |
| **RAOUL LAWRENCE** : | |
| : | |

## SUPPLEMENTAL SENTENCING MEMORANDUM

Raoul Lawrence, by and through undersigned counsel, respectfully submits the following for the Court's consideration at sentencing in this matter as to the issue of whether the Court must impose a guidelines sentence after consideration of the safety valve provision.

For the reasons stated before the Court and for the authority cited herein, counsel submits that the Court must simply adhere to the primary mandate and overriding principle of 18 U.S.S.C. § 3553(a) to impose a sentence "sufficient, but not greater than necessary" to comply with the four purposes of sentencing and given that Mr. Lawrence meets the criteria under the safety valve provision - 18 U.S.C. § 3553(f), the Court is allowed to impose a sentence below the mandatory minimum. Counsel submits that the guideline range determined under *18 U.S.C. § 3553 (f)* should be advisory only, and considered along with the other factors of *§ 3553(a)* in determining the sentence in this case. *See United States v. Cherry*, 366 F. Supp. 2d 372 (D. VA 2005); *United States v. Duran,* 383 F. Supp. 2d 1345 (D. Utah 2005).[1]

                                                Respectfully submitted,

                                                _____/s/_____
                                                JENIFER WICKS
                                                DC Bar # 465476

---

[1] Counsel attaches this cases as Exhibits.

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867