HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

DEC 7 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Raoul Lawrence                    Docket No.:  05-456-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  **Raoul Lawrence**  having been sentenced, on November 2,

2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau

of Prisons by reporting to  FCI Edgefield      , in  Edgefield, SC      by **2 p.m.**,

on  December 21, 2006      .

12/6/06
**Date**

_RICHARD W. ROBERTS_
**RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I
may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or
fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004